UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 13-529 (MLC) |
| v. | : | |
| | : | **ORDER** |
| HECTOR ESPINOZA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

THIS MATTER HAVING come before the Court upon the application by the defendant to travel; and the Court having previously granted permission to travel on April 5, 2015, (per order #29); and upon notice to the Court from the Pretrial Services Agency, (through Officer Kelly Fernandes), that as of April 2, 2015, the defendant has violated his conditions of Pretrial Release on March 29, 2015, March 31, 2015, and April 1, 2015; and for good cause shown:

**IT IS THEREFORE** on this      2nd      day of April, 2015, **ORDERED** that permission to travel on April 5, 2015 has been rescinded.  Defendant is to comply with the conditions of release as previously directed.

                                                                  s/ Mary L. Cooper
                                                              **MARY L. COOPER**
                                                              United States District Judge